UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

PRIMITIVO ROBLES, on behalf of himself and
all others similarly situated,

                              Plaintiff,

   -against-

GREEN FLAMINGO DISPENSARY, LLC,
a New York corporation,

                             Defendant.
-----------------------------------------------------------------x

**Rule 7.1 Statement**

Case No. 1:24-cv-07479-JHR

I, Steven M. Coren, a member of Coren & Associates, P.C., counsel for defendants in the above-captioned action, do hereby certify pursuant to Fed. R. Civ. Proc. Rule 7.1, that Defendant Green Flamingo Dispensary, LLC has no corporate parent, subsidiary or affiliate which is publicly held.

Dated: Brooklyn, New York
       January 15, 2025

                                                                 _____
                                                                Steven M. Coren, Esq.
                                                                COREN LAW GROUP, P.C.
                                                                Attorneys for Defendants
                                                                225 Union Street
                                                                Brooklyn, NY 11231
                                                                (212) 371-5800
                                                                Email: scoren@corenlawgroup.com