```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/17/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PRIMITIVO ROBLES,

                Plaintiff,

-v-

GREEN FLAMINGO DISPENSARY, LLC,

                Defendant.

**ORDER**

24-CV-7479 (JHR) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

    By Order dated October 24, 2024, this case was referred to a Magistrate Judge for general pretrial supervision, ECF No. 7, and on October 25, 2024, this referral was reassigned to me.

    On January 16, 2025, Defendant Green Flamingo Dispensary, LLC filed a letter requesting a pre-motion conference in anticipation of a motion to dismiss pursuant to Fed. R. Civ. P. 12(b)(1).

    As the operative referral in this case does not include dispositive motions, any request for a pre-motion conference must be addressed to and comply with the individual rules and practices of the presiding District Judge.

**SO ORDERED.**

Dated: January 17, 2025
       New York, New York

                                            _____
                                            Henry J. Ricardo
                                            United States Magistrate Judge