```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/15/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PRIMITIVO ROBLES,

                Plaintiff,

      -v-

GREEN FLAMINGO DISPENSARY, LLC,

                Defendant.

**ORDER**

24-CV-7479 (JHR) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

    Having conferred with the parties on May 6 about settlement, the parties are directed to confer and file a letter by May 22, 2025, providing their availability for a settlement conference.

**SO ORDERED.**

Dated: May 15, 2025
       New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge

1